| | | | |
|---|---|---|---|
| Com. v. Purvis [28] ... | 12/29/2015590 EAL (2015) | Denied | |
| Com. v. Redonggo-Beffert [29] ........ | 12/29/2015838 MAL (2015) | Denied | |
| Com. v. Richardson [30] ........... | 12/29/2015489 EAL (2015) | Denied | Pa.Super., 131 A.3d 80 |
| Com. v. Riley [31] ..... | 12/31/2015294 EAL (2015) | Denied | Pa.Super., 121 A.3d 1146 |
| Com. v. Scott [32] .... | 12/29/2015407 EAL (2015) | Denied | Pa.Super., 122 A.3d 460 |
| Com. v. Shero [33] .... | 12/31/2015354 EAL (2015) | Denied | Pa.Super., 120 A.3d 1061 |
| Com. v. Shuler ..... | 12/08/2015412 EAL (2015) | Denied | Pa.Super., 53 A.3d 927 |
| Com. v. Simmons [34] | 12/29/2015438 WAL (2015) | Denied | Pa.Super., 125 A.3d 469 |
| Com. v. Smith [35] .... | 12/29/2015477 MAL (2015) | Denied | Pa.Super., 122 A.3d 457 |
| Com. v. Smith [36] .... | 12/29/2015401 WAL (2015) | Denied | |
| Com. v. Sullivan .... | 12/08/2015277 EAL (2015) | Denied | Pa.Super., 121 A.3d 1134 |

**28.** Justice EAKIN did not participate in the decision of this matter.
**29.** Justice EAKIN did not participate in the decision of this matter.
**30.** Justice EAKIN did not participate in the decision of this matter.
**31.** Justice EAKIN did not participate in the decision of this matter.
**32.** Justice EAKIN did not participate in the decision of this matter.
**33.** Justice EAKIN did not participate in the decision of this matter.
**34.** Justice EAKIN did not participate in the decision of this matter.
**35.** Justice EAKIN did not participate in the decision of this matter.
**36.** Justice EAKIN did not participate in the decision of this matter.